<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

_____

**No. 15-1569**

_____

CELESTE G. BROUGHTON,

          Plaintiff – Appellant,

   and

ROBERT B. BROUGHTON, JR.,

          Plaintiff,

   v.

JOHN N. MCCLAIN, JR.; ROBERT GALEY; WELLS FARGO & COMPANY,

          Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, Senior District Judge. (5:13-cv-00454-H)

_____

Submitted: April 26, 2016        Decided: April 29, 2016

_____

Before MOTZ, SHEDD, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Celeste G. Broughton, Appellant Pro Se. William Sidney Aldridge, NICHOLLS & CRAMPTON, PA, Raleigh, North Carolina; Debbie Weston Harden, WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Charlotte, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Celeste G. Broughton appeals the district court's order denying her post-judgment motion for disqualification of the district court judge. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. We also deny Broughton's most recent motion for reconsideration of this court's prior order substituting the bankruptcy trustee as the Appellant as moot, as the trustee has been removed as the Appellant. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED